REMAND/JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-2811-GW(ASx) | Date | June 19, 2015 |
|---|---|---|---|
| Title | *Celia O. Gonzalez v. M&T Bank, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    COURT ORDER**

      Defendants M&T Bank and Lakeview Loan Servicing, LLC removed this action to this Court from Los Angeles County Superior Court on April 16, 2015, based upon alleged diversity jurisdiction. *See* Docket No. 1. On June 9, 2015, this Court issued an Order to Show Cause ("OSC") questioning the bases for diversity subject matter jurisdiction because: (1) another named defendant (*i.e.* Quality Loan Service Corp.) is a California corporation and this Court has taken the position that a "Declaration of Non-Monetary Status" pursuant to California Civil Code § 2924l is insufficient to remove such a party from the diversity analysis; and (2) because defendant Lakeview is an LLC, its citizenship status is dependent upon the citizenship of its individual members and the Defendants had not set forth such information in their removal papers. *See* Docket No. 16. Defendants were given until June 16 to file a response to the OSC. *Id.*

      The removing Defendants have now filed a response indicating that "a potential that a minority member of one of the members of Lakeview Financial LLC may defeat diversity" and therefore they now request that this lawsuit be remanded back to state court. *See* Docket No. 17.

      Thus, for the reasons stated in the Court's OSC and as further indicated in the removing Defendants' response, this action is remanded back to state court forthwith and all previously set dates in this case are taken off-calendar.

:

Initials of Preparer    JG